No. 87–5462. BURSE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 87–5463. BROWN v. PARKER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 87–5464. BROWN v. NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–5465. HART v. HEDRICK. C. A. 4th Cir. Certiorari denied.

No. 87–5466. LEGRAND v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–5471. GREEN v. MEACHUM ET AL. C. A. 10th Cir. Certiorari denied.

No. 87–5473. EL-MUMIT v. FOGG, JUDGE, TWENTY-FIRST JUDICIAL DISTRICT COURT OF LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 87–5475. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 87–5478. STROUSE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 87–5481. FANT v. ENRIGHT ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 87–5485. CHRISTOW v. CRAPELLA ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–5490. BEY v. PHILADELPHIA PASSPORT AGENCY ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–5494. HOLLEMAN v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–5499. MANGONE v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 87–5511. DAVIS v. CLERK OF THE CIRCUIT COURT OF NOTTOWAY COUNTY. C. A. 4th Cir. Certiorari denied.